THIRD DEPARTMENT, AUGUST, 1984

(August 8, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL JORDAN, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GLENN WELLS, Defendant. — Motion, pursuant to CPL 230.20, to remove Grand Jury proceedings, denied on the ground that such statute does not authorize this court to change venue prior to the handing down of an indictment. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BOWLES, Petitioner, v ROBERT HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent. — Application for writ of habeas corpus denied (CPLR 7002, subd [b], par 2). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

■ In the Matter of RONALD DAVIDSON, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton County Correctional Facility, et al., Respondents. — Application for permission to proceed as a poor person and for assignment of counsel, treated as an application, pursuant to CPLR 5704 (subd [a]), to review an order of Supreme Court at Special Term, which denied an application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.